# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JASMINE A. PARKER  
228 12TH STREET UPPER  
ROCKFORD, IL  61102

SSN-xxx-xx-6611

Case Number: 04-74947

Case filed on: 10/5/2004  
Plan Confirmed on: 12/3/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,550.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | JASMINE A. PARKER | 0.00 | 0.00 | 17.30 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 17.30 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CARDMEMBER SERVICES / BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CLERK OF THE CIRCUIT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCK VALLEY COLLEGE | 79.00 | 79.00 | 79.00 | 0.00 |
| 010 | ROCKFORD MERCANTILE AGENCY INC | 953.20 | 521.77 | 521.77 | 0.00 |
| 011 | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SOUTHWEST CREDIT SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | TALK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | UNIVERSITY ACCOUNTING | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WINNEBAGO COUNTY CIRCUIT CLERK | 402.00 | 402.00 | 402.00 | 0.00 |
|  | Total Unsecured | 1,434.20 | 1,002.77 | 1,002.77 | 0.00 |
|  | Grand Total: | 2,798.20 | 2,366.77 | 2,384.07 | 0.00 |

Total Paid Claimant:       $2,384.07  
Trustee Allowance:         $165.93  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  06/25/2008          By  /s/Heather M. Fagan